UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA DUTRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOTEL 6 OPERATING L.P., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-08588-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION** |

Plaintiff Angela Dutra commenced an action against Defendants Motel 6 Operating L.P. and Joy Aguilar in Monterey County Superior Court on November 5, 2020. *See* Dkt. No. 1 ¶ 1. On December 4, 2020, Defendant Motel 6 filed a notice of removal with this Court pursuant to 28 U.S.C. sections 1332 and 1441(a). *Id.* At the March 10, 2021, case management conference, the Court dismissed all claims against Defendant Joy Aguilar without prejudice, upon Dutra's unopposed motion.

Motel 6 is a limited partnership, and each of its members are limited liability companies. Dkt. No. 1-2 ¶¶ 2–5. In the notice of removal, Motel 6 alleges that the Court has subject matter jurisdiction based on diversity pursuant to 28 U.S.C. section 1332(c)(1). Dkt. No. 1 ¶ 12. In reaching this conclusion, however, Motel 6 incorrectly applies the corporation citizenship test in assessing its own citizenship and the citizenship of its member LLCs. "In cases where entities rather than individuals are litigants, diversity

jurisdiction depends on the form of the entity." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Non-corporate entities, like limited partnerships and limited liability companies, are treated differently for purposes of diversity jurisdiction. *See id.* Although Motel 6 correctly analyzed diversity jurisdiction at the limited partnership level, it should have also listed the citizenship of each of the LLC's members to properly evaluate diversity of citizenship. *See* 15A Moore's Federal Practice – Civil § 102.57 (2020); *see also Carden v. Arkoma Assocs.*, 494 U.S. 185, 195–96 (1990).

Accordingly, the Court ORDERS Motel 6 to show cause in writing why this case should not be remanded to Monterey County Superior Court for lack of subject matter jurisdiction **by March 24, 2021**. Plaintiff Angela Dutra may file an optional reply by **March 31, 2021**.

**IT IS SO ORDERED.**

Dated: March 10, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge