UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA DUTRA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTEL 6 OPERATING L.P.,<br><br>    Defendant. | Case No. 20-cv-08588-NC<br><br>**ORDER REMANDING CASE TO MONTEREY COUNTY SUPERIOR COURT**<br><br>Re: Dkt. Nos. 16, 17 |

On March 10, 2021, the Court ordered Defendant Motel 6 to show cause why this case should not be remanded to Monterey County Superior Court for lack of subject matter jurisdiction. *See* Dkt. No. 16. Plaintiff Angela Dutra was given until March 31, 2021, to file an optional reply brief. *Id.* On March 24, 2021, Defendant filed a statement of non-opposition to remand. *See* Dkt. No. 17. As such, the Court will remand this case.

The Clerk of Court is ordered to remand this case to Monterey County Superior Court and to terminate the federal case file. No costs or fees are awarded in connection with this order.

**IT IS SO ORDERED.**

Dated: March 25, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge